Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | |
| *Dean Fowler v. Pfizer Inc, et al.* (07-3286 CRB) | **MDL NO. 1699** <br> District Judge: Charles R. Breyer |
| *Orlando Archunde v. Pfizer Inc, et al.* (07-3337 CRB) | |
| *Carroll Stith, et al. v. Pfizer Inc, et al.* (07-3338 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Jessie Johnston v. Pfizer Inc, et al.* (07-3548 CRB) | |
| *Verna Weese, et al. v. Pfizer Inc, et al.* (07-3910 CRB) | |
| *Renee Klepps, et al. v. Pfizer Inc, et al.* (07-4153 CRB) | |
| *Karen James v. Pfizer Inc, et al.* (07-4740 CRB) | |
| *Patricia D. Smith, et al. v. Pfizer Inc, et al.* (07-4741 CRB) | |
| *Emma-Ling Francis v. Pfizer Inc, et al.* (07-4742 CRB) | |
| *Homer Swift, et al. v. Pfizer Inc, et al.* (07-4743 CRB) | |
| *Louise Kreft, et al. v. Pfizer Inc, et al.* | |

-1-

1  (07-4744 CRB)             )
                             )
2  *Joseph Fernald v. Pfizer Inc, et al.*  )
   (07-4745 CRB)             )
3                            )
   *Scott Cruver v. Pfizer Inc, et al.*  )
4  (07-5000 CRB)             )
                             )
5  *Nancy Cattanach v. Pfizer Inc, et al.*  )
   (07-5001 CRB)             )
6                            )
   *Sarah Fredricks, et al. v. Pfizer Inc, et al.*  )
7  (07-5002 CRB)             )
                             )
8  *Georgia McNeal v. Pfizer Inc, et al.*  )
   (08-4024 CRB)             )
9

10    Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through
11  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
12  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
13  each side bearing its own attorneys' fees and costs.

16    DATED: 10-29, 2009    By: _____

17                                **WEITZ & LUXENBERG, PC**
                                  700 Broadway
18                                New York, New York 10003
                                  Telephone: 212-558-5000
19                                Facsimile: 212-344-5461

20                                *Attorneys for Plaintiffs*

21    DATED: Nov. 2, 2009    By: _____

23                                **DLA PIPER LLP (US)**
                                  1251 Avenue of the Americas
24                                New York, New York 10020
                                  Telephone: 212-335-4500
25                                Facsimile: 212-335-4501

26                                *Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42585061.1

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court